## COSMOPOLITAN FIRE INS. CO. OF NEW YORK v. MOON.

No. 1866.   Opinion Filed September 11, 1912.

(126 Pac. 756.)

**INSURANCE**—Conditions of Policy.   Syllabus same as in **Des Moines Insurance Co. v. Moon,** ante, 126 Pac. 753.

(Syllabus by the Court.)

Williams, J., dissenting.

*Error from Bryan County Court;*
*Chas. A. Phillips, Judge.*

Action by J. W. Moon against the Cosmopolitan Fire Insurance Company of New York.   Judgment for plaintiff, and defendant brings error.   Reversed and remanded.

*Read & Read* and *Utterback & Hayes,* for plaintiff in error.

*Charles S. McPherren, Charles P. Abbott,* and *Charles B. Cochran,* for defendant in error.

HAYES, J.   Defendant in error brought this action in the court below to recover on a fire insurance policy.   The trial in that court was to the court without a jury, and resulted in a judgment for defendant in error, to reverse which this proceeding in error is prosecuted.

The case here presents for our consideration the same propositions presented and considered in *Des Moines Insurance Co. v. Moon, ante,* 126 Pac. 723, and upon the authority of that case the judgment in this case should be reversed, and the cause remanded.

TURNER, C. J., and KANE and DUNN, JJ., concur; WILLIAMS, J., dissenting.